# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | Civil Action No. 8:22-cv-02001-PX |
| v. | | |
| | * | [Removed from the Circuit Court for Montgomery County, Maryland |
| CONTINENTAL FINANCE COMPANY, LLC, ET AL., | * | Case No. C-15-CV-22-002254] |
| | * | |
| Defendants. | | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT CONTINENTAL FINANCE COMPANY, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Continental Finance Company, LLC files this Disclosure Statement and states:

Continental Finance Company, LLC is a private company.  Continental Finance Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:   August 10, 2022

Respectfully submitted,

/s/ Melissa O. Martinez
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4432
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

*Counsel for Continental Finance Company, LLC and Continental Purchasing LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022 a copy of the foregoing Defendant Continental Finance Company, LLC's Corporate Disclosure Statement was served via CM/ECF and first-class mail, postage prepaid on the following:

Benjamin H. Carney
Richard S. Gordon
Gordon, Wolf, & Carney, CHTD.
100 West Pennsylvania Ave., Suite 100
Towson, Maryland 21204
rgordon@GWCfirm.com

*Counsel for Plaintiff*

*/s/ Melissa O. Martinez*
Melissa O. Martinez