THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | * | |
| CONTINENTAL FINANCE COMPANY, LLC, ET AL., | * | Civil Action No. 8:22-cv-02001-PX |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Continental Finance Company, LLC ("Continental") and its wholly owned subsidiary, Continental Purchasing LLC ("CP"), (together the "Defendants") by and through their attorneys, hereby move to compel arbitration and stay this action. The grounds for this motion are more fully stated in the accompanying Memorandum in Support of Motion to Compel Arbitration and Stay Proceedings, which is incorporated by reference as though restated fully herein.

**WHEREFORE**, for the foregoing reasons, Defendants Continental Finance Company, LLC and Continental Purchasing, LLC, respectfully request that the Court grant this Motion to Compel Arbitration and Stay Proceedings.

[*Signatures follow on the next page*]

Dated:  September 14, 2022 	Respectfully submitted,

	*/s/ Melissa O. Martinez*
	Melissa O. Martinez (Fed. Bar No. 28975)
	**MCGUIREWOODS LLP**
	500 East Pratt Street
	Suite 1000
	Baltimore, MD 21202
	410-659-4400
	410-659-4482 (Fax)
	mmartinez@mcguirewoods.com

	Brandi G. Howard (Md. Fed. Bar No. 21250)
	**MCGUIREWOODS LLP**
	888 16th Street N.W.
	Suite 500
	Black Lives Matter Plaza
	Washington, DC 20006
	202-857-2438
	202-828-3338 (Fax)
	bhoward@mcguirewoods.com

	***Counsel for Continental Finance Company, LLC and Continental Purchasing LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2022, a copy of the foregoing Motion to Compel Arbitration and Stay Proceedings, Memorandum in Support, Exhibits, and Proposed Order were served via the CM/ECF System on all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez