# EXHIBIT 2

Reference Number: 414869692

## Processing Information  TransUnion

| Decision Engine: | 575 | Agent: | | Matrix Code: | | Offer Codes: | | AppVer Hitid: | | Result Code: | APPROVED | CVI: | 0 | Vantage: | 0 | Custom: | 0 |

## Personal Information

| Name: | Johnson, Tiffany | SSN3: | 2143 | Date: | 2/12/2021 12:13:00 AM |
|---|---|---|---|---|---|
| Address: | 8042 Ashford Blvd, Laurel, MD 20707 | DOB: | ▮▮/▮▮/1978 | Email: | tnj824@gmail.com |
| Home Phone: | 3013001912 | Work Phone: | | Cell Phone: | 3013001912 |
| Monthly Income: | $8,166.00 | Checking: | Y | Bank Card: | N |
| Agreed to E-Consent: | Y | Agreed to Terms and Conditions: | Y | IP Address: | 172.58.190.172 |

| Security Deposit: | $0.00 | Resv Nbr: | | Collec / Cleared: | | Cred Prot: | N | NoChk ReTread: | | Result Type: | |

CONFIDENTIAL

Continental_Johnson_000013