**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TIFFANY JOHNSON,                                    *

      Plaintiff,                                  *      Civil Action No. 8:22-cv-02001-PX

v.                                                                 *

CONTINENTAL FINANCE COMPANY,     *
LLC, ET AL.,
                                                                     *
      Defendants.
                                                                     *

                                                                     *

*        *        *        *        *        *        *        *        *        *        *        *

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel") filed by Defendants Continental Finance Company, LLC and Continental Purchasing, LLC, any response thereto, and for good cause having been shown, it is this _____ day of _____, 2022, hereby:

**ORDERED,** that the Motion to Compel is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall file its Demand for Arbitration with the American Arbitration Association within ten (10) days of this Order; and it is further

**ORDERED**, that this action shall be stayed until the issuance of the arbitrator's award.

 

                                           _____
                                         Hon. Paula Xinis
                                         United States District Judge

cc:  All Counsel of Record