IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | | |
| | * | Civil Action No. 8:22-cv-02001-PX |
| CONTINENTAL FINANCE COMPANY, LLC, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion to Consolidate filed by Defendants Continental Finance Company, LLC and Continental Purchasing, LLC, any response thereto, and for good cause having been shown, it is this 8th day of May, 2023, hereby:

**ORDERED** that the Motion to Consolidate is **GRANTED**; and it is further

**ORDERED** that Civil Action No. 8:22-cv-02001-PX is hereby consolidated with Civil Action No. 8:23-cv-00854-PJM.

/S/
_____
Hon. Paula Xinis
United States District Judge