IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:22-cv-02001-PX |
| CONTINENTAL FINANCE COMPANY, LLC, *et. al.*, | * | |
| Defendants. | * | |
| TRACEY CRIDER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:23-cv-00854-PX |
| CONTINENTAL FINANCE COMPANY, LLC, *et. al.*, | * | |
| Defendants. | * | |

***

# **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of September 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motions to Compel Arbitration (No. 22-cv-2001, ECF No. 13 & No. 23-cv-854, ECF No. 9) filed by Defendants Continental Finance Company, LLC and Continental Purchasing, LLC ("Continental") BE, and the same hereby ARE, DENIED;

2. Continental's Motion to Strike Class Allegations (No. 23-cv-854, ECF No. 9) BE, and the same hereby IS, DENIED;

3. Plaintiff Tiffany Johnson's Unopposed Motion to Amend the Complaint (No. 22-cv-2001, ECF No. 16) BE, and the same hereby IS, GRANTED;

4. The Clerk SHALL file the Proposed Amended Complaint at ECF No. 16-1 as the operative Complaint in No. 22-cv-2001; and

5. The Clerk is DIRECTED to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties.

<u>9/7/2023</u>  
Date

<u>         /S/              </u>  
Paula Xinis  
United States District Judge