IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIFFANY JOHNSON, | * |
| *On behalf of herself individually and similarly situated persons*, | * |
| | * |
| Plaintiff, | |
| v. | *    Civil Action No. 8:22-cv-02001-PX |
| CONTINENTAL FINANCE COMPANY, LLC, et. al., | * |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Brandi G. Howard of McGuireWoods LLP, as co-counsel of record for Defendants Continental Finance Company, LLC and Continental Purchasing, LLC (collectively "Defendants"), in the above-captioned matter. Defendants continue to be represented in this matter by Melissa O. Martinez of McGuireWoods LLP.

Date: September 28, 2023

Respectfully submitted,

*/s/ Brandi G. Howard*
Brandi G. Howard (Md. Fed. Bar No. 21250)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
202-857-2438
202-828-3338 (Fax)
bhoward@mcguirewoods.com

Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

*Counsel for Defendants Continental Finance Company, LLC and Continental Purchasing LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2023, true and exact copies of the foregoing Notice of Withdrawal of Counsel was served via the court's electronic filing system upon all counsel of record.

                                                        */s/ Brandi G. Howard*
                                                        Brandi G. Howard