# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. 8:22-cv-02001-PX |
| | * | (lead) |
| CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC; CKS PRIME INVESTMENTS, LLC, | * | |
| | * | |
| Defendants. | | |
| | * | |
| TRACEY CRIDER, | * | |
| Plaintiff, | | |
| v. | * | Civil Action No. 8:23-cv-00854-PX |
| | | (member) |
| CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC; CKS PRIME INVESTMENTS, LLC, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Defendants Continental Finance Company, LLC and Continental Purchasing, LLC (collectively, "Continental") hereby appeal to the United States Court of Appeals for the Fourth Circuit. Continental appeals from this Court's September 7, 2023 Memorandum Opinion (ECF No. 22 in the lead case) and September 7, 2023 Order (ECF No. 23 in the lead case) denying both of Continental's Motions to Compel Arbitration and Stay Proceedings and to Strike Class Allegations in these two consolidated cases.

Dated:  October 4, 2023                                  Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Melissa O. Martinez*
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

*Counsel for Continental Finance Company, LLC and Continental Purchasing LLC*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2023, the foregoing copy of Continental Finance Company, LLC and Continental Purchasing, LLC's Notice of Appeal was electronically filed via the Court's CM/ECF system and served on all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez