**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. 8:22-cv-02001-PX |
| | * | (lead) |
| CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC; CKS PRIME INVESTMENTS, LLC, | * | |
| Defendants. | * | |
| | * | |
| TRACEY CRIDER, | * | |
| Plaintiff, | | |
| v. | * | Civil Action No. 8:23-cv-00854-PX |
| | | (member) |
| CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC; CKS PRIME INVESTMENTS, LLC, | * | |
| | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STATUS REPORT**

Plaintiffs Tiffany Johnson and Tracey Crider, along with Defendants Continental Finance Company, LLC and Continental Purchasing, LLC (collectively, "Continental") hereby submit this joint status report to inform the Court that Continental has noted an appeal of the above-captioned matters to the U.S. Court of Appeals for the Fourth Circuit.  The parties understand that this appeal automatically stays the proceedings herein and the deadlines set forth in the Scheduling Order, ECF 29.  *See Coinbase, Inc. v. Bielski*, -- U.S. --, 143 S. Ct. 1915, 1923 (2023).  Undersigned counsel will keep the Court apprised of any further developments.

Dated:  October 4, 2023

Respectfully submitted,


/s/ Benjamin H. Carney*

Richard S. Gordon (Fed. Bar No. 06882)
Benjamin H. Carney (Fed. Bar No. 27984)
GORDON, WOLF & CARNEY, Chtd.
100 W. Pennsylvania Ave., Suite 100
Towson, Maryland 21204
Tel. (410) 825-2300
Fax. (410) 825-0066
rgordon@GWCfirm.com
bcarney@GWCfirm.com

**Attorneys for Plaintiff and the Putative Class**

**\*signed with permission by Melissa O. Martinez**

/s/ Melissa O. Martinez

Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

**Counsel for Continental Finance Company, LLC and Continental Purchasing LLC**

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 4, 2023, the foregoing copy of Joint Status Report

was electronically filed via the Court's CM/ECF system and served on all counsel of record.


*/s/ Melissa O. Martinez*
Melissa O. Martinez