FILED: March 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2047 (L)
(8:22-cv-02001-PX)

_____

TIFFANY JOHNSON; TRACY I. CRIDER, individually and on behalf of all others similarly situated

      Plaintiffs - Appellees

v.

CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC

      Defendants - Appellants

and

CKS PRIME INVESTMENTS, LLC

      Defendant

------------------------------

PUBLIC JUSTICE

      Amicus Supporting Appellee

_____

No. 23-2049
(8:23-cv-00854-PX)
_____

TRACY I. CRIDER, individually and on behalf of all others similarly situated

  Plaintiff - Appellee

v.

CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC

  Defendants - Appellants

and

CKS PRIME INVESTMENTS, LLC

  Defendant

------------------------------

PUBLIC JUSTICE

  Amicus Supporting Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK