

Benjamin H. Carney
bcarney@GWCfirm.com

July 18, 2025

BY CM/ECF ONLY TO:
Hon. Paula Xinis
United States District Judge
U.S. District Court for the District of Maryland

    Re:  *Johnson v. Cont'l Fin. Co., LLC, et al.*, Case No. 8:22-cv-02001-PX *(lead)*
           *Crider v. Cont'l Fin. Co., LLC, et al.*, Case No. 8:23-cv-00854-PX *(member)*
           **Joint Status Report and Notice of Class Action Settlement**

Dear Judge Xinis:

    Counsel for both parties have reviewed this letter and submit it jointly.

    The parties write to advise the Court that, after a full day of mediation with the Hon. Paul W. Grimm (Ret.), they have agreed to the terms of a proposed class action settlement in this case as memorialized by the Memorandum of Understanding ("MOU") attached as **Exhibit A**.

    Due to the parties' proposed settlement, the parties jointly and respectfully request that the July 25, 2025 motions hearing in this matter be continued, to allow the parties to focus their efforts on completing a formal settlement agreement document and other materials to submit to the Court in support of preliminary settlement approval pursuant to Fed. R. Civ. P. 23(e).

    By way of background, and as reflected by the MOU, the parties retained Judge Grimm as a private mediator in order to determine if a settlement could be reached in advance of the July 25 motions hearing.[1] The parties first submitted detailed mediation statements to Judge Grimm and engaged in substantial preparatory phone consultations with him.

    Then, on July 14, 2025, Judge Grimm conducted a full day of mediation with the parties which lasted nearly ten hours without a break. As a result of the lengthy arms-length negotiations overseen and facilitated by Judge Grimm, the parties are pleased to report that they have reached a proposed class-wide settlement, which will resolve this case and provide substantial non-reversionary cash relief of more than $5.7 million for class members if it is approved by the Court.

    The parties are now in the process of drafting a formal settlement agreement document, and have agreed in their term sheet to use all reasonable efforts to complete

---

[1] This was the parties' second attempt at mediating a resolution to this case. Prior to the briefing of the appeal, the parties exchanged detailed and lengthy mediation statements and substantial confidential information concerning the putative Class and their transactions, and engaged in a full day of mediation with the Hon. William Connelly (Ret.). The parties were not able to reach a resolution at that time and went forward with briefing and arguing the appeal.

*Johnson v. Cont'l Fin. Co., LLC, et al.*, Case No. 8:22-cv-02001-PX *(lead)*
Page 2 of 2
July 18, 2025

that process and to file a joint motion for preliminary approval of the settlement by August 15, 2025.

In conclusion, we thank your Honor for the Court's patience and consideration, and respectfully request a continuance of the July 25, 2025 motions hearing pending settlement proceedings pursuant to Fed. R. Civ. P. 23. Please let us know if the Court desires any additional information at this time.

Respectfully,

Benjamin H. Carney