**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| TIFFANY JOHNSON, | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. 8:22-cv-02001-PX (lead) |
| | * | |
| CONTINENTAL FINANCE COMPANY, LLC, et al., | * | |
| Defendants. | * | |
| | * | |
| TRACEY CRIDER, | * | |
| Plaintiff, | | |
| v. | * | Civil Action No. 8:23-cv-00854-PX (member) |
| CONTINENTAL FINANCE COMPANY, LLC, et al., | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Joint Motion for Preliminary Approval of
Class Action Settlement, and for Approval of the
Form, Manner and Administration of Notice**

Plaintiffs, Tiffany Johnson and Tracey Crider ("Representative Plaintiffs"), and Defendants Continental Finance Company, LLC and Continental Purchasing, LLC ("Continental"), jointly and respectfully move for preliminary approval of a proposed class action settlement pursuant to Fed. R. Civ. P. 23(e)(1).

The Settlement Agreement ("Agreement") is attached as **Exhibit A**. The proposed notices for class members about the settlement are attached to the Agreement as **Exhibit 2** (Postcard Notice), **Exhibit 3** (Email Notice) and **Exhibit 4** (Long-Form Notice).

As more fully set forth in the Representative Plaintiffs' attached memorandum of law, notice to class members about the proposed settlement is warranted, because the

Court "will likely be able to: (i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal." Fed. R. Civ. P. 23(e)(1).

As reflected in the attached proposed Order Preliminarily Approving Settlement, Certifying Class for Settlement Purposes, Appointing Class Counsel and Settlement Administrator, and Setting Schedule with Respect to Notice, Settlement Hearing and Administration (the "Order"), which is attached to the Agreement as **Exhibit 1**, the parties propose the following timetable:

| | |
|---|---|
| **Within fifteen (15) calendar days after Entry of the Order** | Continental to provide Settlement Administrator and Class Counsel the necessary and agreed upon data to compile the Settlement Class Member List |
| **Within five (5) calendar days after entry of the Order** | Continental to deposit $5.75 million into the Common Fund at Bank designated by Class Counsel and the Settlement Administrator |
| **Within thirty (30) calendar days after entry of the Order** | Settlement Administrator to send out notice to Class and publish Settlement Website |
| **At Least Thirty calendar (30) days before the Final Approval hearing** | Representative Plaintiffs to file memoranda in support of the settlement, an award of attorneys' fees and costs and an incentive payment to the Representative Plaintiff |
| **Forty-Five (45) calendar days from the Notice Date** | Deadline for any member of the Class to mail Request for Exclusion or file and serve any objection to the settlement |
| **As set by the Court, but after one hundred (100) calendar days after entry of the Order** | Final Approval hearing |

WHEREFORE, the parties jointly and respectfully request that the Court (1) preliminarily approve the proposed settlement, (2) preliminarily certify the Class for settlement purposes only, (3) appoint the undersigned attorneys for Representative Plaintiff as Class Counsel, (4) approve the form of and direct notice to the Class, and (5)

grant such further relief as justice demands. A comprehensive proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | GORDON, WOLF & CARNEY, Chtd. |
| By: /s/John B. Williams III (signed by Benjamin H. Carney, with permission)<br>Fredrick S. Levin (pro hac vice)<br>flevin@orrick.com<br>120 Broadway, 4th Floor<br>Santa Monica, CA 90401<br>Telephone: +1 310 633 2800<br>Facsimile: +1 310 633 2849<br><br>John B. Williams III, (Fed. Bar No. 20916)<br>JWilliams@orrick.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037-3202<br>Telephone: +1 202 339 8400<br>Facsimile: +1 202 339 8500<br><br>Ali Abugheida (pro hac vice)<br>aabugheida@orrick.com<br>405 Howard St.<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>**Attorneys for Defendants** | By: /s/ Benjamin H. Carney<br>Benjamin H. Carney (Fed. Bar No. 27984)<br>bcarney@GWCfirm.com<br>Richard S. Gordon (Fed. Bar No. 06882)<br>rgordon@GWCfirm.com<br>11350 McCormick Rd.<br>Executive Plaza 1, Suite 1000<br>Hunt Valley, Maryland 21031<br>Tel. (410) 825-2300<br>Fax. (410) 825-0066<br><br>**Attorneys for Representative Plaintiffs and the Class** |